UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-80432-WPD

Flavio DAS NEVES FERES, individually and
as Next Friend to his Minor Children, H.N.F. and L.N.F., and
Juliana JUNQUEIRA NICOLAU FERES, individually and
as Next Friend to her Minor Children, H.N.F. and L.N.F,

    Plaintiffs,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Merrick P. Garland, in his official capacity;
SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
Alejandro Mayorkas, in his official capacity;
DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
Ur M. Jaddou, in his official capacity;
DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,
Christopher Wray, in his official capacity;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
an agency of the United States;
UNITED STATES DEPARTMENT OF JUSTICE,
an agency of the United States;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
an agency of the United States;
FEDERAL BUREAU OF INVESTIGATION,
an agency of the United States; and
THE UNITED STATES OF AMERICA,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A SIXTY-DAY (60) EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

    THIS CAUSE is before the Court upon Defendants' Unopposed Motion for a Sixty-Day Extension of Time to File a Response to the Complaint (the "Motion") [DE 7], filed herein on May 12, 2023. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 7] is hereby **GRANTED.** Defendants shall respond to the Complaint on or before July 18, 2023.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 15th day of March, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record